IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

UNITED STATES OF AMERICA,

v.

JESSIE ALLEN CULPEPPER,

    Defendant,

Case No. 1:17-cr-00441-AA
**ORDER AND OPINION**

AIKEN, District Judge:

The Court previously heard oral argument on defendant Jesse Culpepper's unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Doc. 50. The Court granted the motion on the record reducing defendant's sentence to one of time served, with a formal opinion to follow. Doc. 52. Defendant has been released from BOP Custody and has been compliant with the terms of his supervision since that time. This order is entered to complete the record.

Based on the filings and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that

extraordinary and compelling reasons, based on defendant's health conditions in the face of the current pandemic caused by the 2019 novel coronavirus, warranted a reduction of defendant's sentence to time served.  *See* U.S.S.G. § 1B1.13 comment. n.1(A).  Further, this sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.  Specifically, the Court finds that defendant will not pose a threat to the community under § 3142(g)

    IT IS SO ORDERED.

    Dated this  28th day of October 2020.

                               /s/Ann Aiken
                                Ann Aiken
                      United States District Judge